# **Exhibit 1**

(12) **United States Design Patent**　(10) Patent No.:　**US D773,089 S**
　　　Glass　　　　　　　　　　　　　　　　(45) Date of Patent: ∗∗ **Nov. 29, 2016**

(54) **LAMP**

(71) Applicant: **Karen Glass**, Andover, MA (US)

(72) Inventor: **Karen Glass**, Andover, MA (US)

(∗∗) Term: **15 Years**

(21) Appl. No.: **29/532,056**

(22) Filed: **Jul. 1, 2015**

**Related U.S. Application Data**

(63) Continuation of application No. 13/364,989, filed on Feb. 2, 2012, now abandoned.

(51) **LOC (10) Cl.** ............................................. **26-03**
(52) **U.S. Cl.**
　　USPC ....................................................... **D26/62**
(58) **Field of Classification Search**
　　USPC ............. D26/1, 24, 61, 62, 72, 93, 106, 110
　　CPC ............ F21S 6/00; F21S 6/002; F21S 6/003;
　　　　　　　F21S 6/004; F21S 6/005; F21S 6/006;
　　　　　　F21S 6/007; F21V 21/02; F21V 21/088;
　　　　　　　　　　F21W 2121/00; F21W 2131/30
　　See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 2,026,156 | A |   | 12/1935 | Alexander et al. | |
|---|---|---|---|---|---|
| 4,101,957 | A |   | 7/1978 | Chang | |
| 4,238,816 | A | * | 12/1980 | Merlo | F21S 6/003 362/279 |
| D290,519 | S | * | 6/1987 | Kuo | D26/60 |
| 4,692,850 | A | * | 9/1987 | LeDoux | F21V 21/02 362/285 |
| 4,843,530 | A |   | 6/1989 | Mori et al. | |
| 4,899,265 | A |   | 2/1990 | Maglica | |
| 4,949,231 | A |   | 8/1990 | Wang | |
| 4,987,523 | A |   | 1/1991 | Lindabury et al. | |
| 5,171,086 | A |   | 12/1992 | Baloochi | |
| 5,584,568 | A |   | 12/1996 | Corbasson et al. | |
| D390,990 | S | * | 2/1998 | Yang | D26/62 |
| D392,404 | S | * | 3/1998 | Brown | D26/62 |
| 5,826,971 | A |   | 10/1998 | Kibler | |
| 6,045,236 | A |   | 4/2000 | Cheng et al. | |
| D472,659 | S | * | 4/2003 | Wang | D26/63 |
| D498,321 | S | * | 11/2004 | Terry | D26/60 |
| 6,939,009 | B2 |   | 9/2005 | Fischer et al. | |
| 7,261,438 | B2 |   | 8/2007 | Alessio | |
| D563,581 | S | * | 3/2008 | Niu | D26/62 |
| 7,425,077 | B2 |   | 9/2008 | Lockamy et al. | |
| 7,510,298 | B2 |   | 3/2009 | Au et al. | |
| 7,578,599 | B2 |   | 8/2009 | Moser et al. | |
| 7,824,062 | B2 |   | 11/2010 | Ho | |
| 2009/0196027 | A1 |   | 8/2009 | Dalton | |
| 2010/0195321 | A1 |   | 8/2010 | Sharrah et al. | |

∗ cited by examiner

*Primary Examiner* — Brian N Vinson
(74) *Attorney, Agent, or Firm* — Lambert & Associates; Gary E. Lambert; David J. Connaughton, Jr.

(57) **CLAIM**

The ornamental design for the lamp, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective front view of the lamp, which embodies my design;
FIG. **2** is a front elevation view thereof;
FIG. **3** is a rear elevation view thereof;
FIG. **4** is a top view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a right side view thereof; and,
FIG. **7** is a perspective front view thereof.

**1 Claim, 7 Drawing Sheets**






*Fig. 1*



*Fig. 2*



*Fig. 3*



*Fig. 4*



*Fig. 5*



*Fig. 6*



*Fig. 7*