# Exhibit 3

6/8/23, 12:36 AM

Case 1:23-cv-12099-AK Document 1-3 Filed 09/13/23 Page 2 of 12

O'Bright Ray – Adjustable LED Beam Floor Lamp, Dimmable and Zoomable Spotlight, Flexible Gooseneck, Reading/Crafting Stan…



# O'Bright Ray – Adjustable LED Beam Floor Lamp, Dimmable and Zoomable Spotlight, Flexible Gooseneck, Reading/Crafting Standing Lamp, Work Table Light, Antique Brass



Roll over image to zoom in

**Visit the O'Bright Store**

4.6 ★★★★☆    420 ratings | 37 answered questions

**Amazon's Choice** in Floor Lamps by O'Bright

-17%  $74.99
List Price: $89.99

**FREE Returns**

**Coupon:** ☐ Apply $5 coupon  Shop items ›
| Terms

Available at a lower price from other sellers that may not offer free Prime shipping.

Eligible for Return, Refund or Replacement within 30 days of receipt ⌄ | Free Amazon tech support included ⌄

**Color:** Antique Brass



| Style | Minimalist |
| --- | --- |
| Brand | O'Bright |
| Color | Antique Brass |
| Product Dimensions | 9"D x 9"W x 52"H |
| Special Feature | Flexible Gooseneck Arm, 100% Made of Metal, Adjustable LED Beam A… |

See more ⌄

## About this item

- **Full Range Beam** – Adjust the light from a wide beam, a medium beam and a focused beam. A focused beam is best where lighting needs to be concentrated like over a chair for reading. Extend the range of light to medium or wide for a softer lighting effect. Pull the lamp head open to create a small, focused beam of light. This setting is ideal for reading or working at a desk. Push the lamp head closed for a wider range of lighting in a relaxed setting.
- Dimmable-Dim the light by holding down the power button for a gradual change in

**prime**

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

Buy new:
$74.99  ⊙

FREE Returns ⌄

FREE delivery **Wednesday, June 14**

Or fastest delivery **Friday, June 9**. Order within **8 hrs 31 mins**

⊙ Select delivery location

**In Stock**

Qty: 1 ⌄

[ Add to Cart ]

[ Buy Now ]

| Payment | Secure transaction |
| --- | --- |
| Ships from | Amazon |
| Sold by | O'Bright |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Support | Free Amazon tech support included |
| Packaging | Shows what's inside |

**Add a Protection Plan:**
☐ 4-Year Protection for $13.99
☐ 3-Year Protection for $9.99
☐ Add a gift receipt for easy returns

Save with Used - Very Good  ⊙
$66.52
FREE delivery: **Wednesday, June 14**
Ships from: Amazon
Sold by: Amazon Warehouse

[ Add to List ]

Case 1:23-cv-12099-AK   Document 1-3   Filed 09/13/23   Page 3 of 12

- light. The light intensity ranges from 10% to 100%. The 4000K Color Temperature is a soft warm light ideal for home use.
- Flexible Goose Neck- Maneuver the lamp in any direction. Its durable metal gooseneck supports 360 degrees of motion. Change the direction of light at any time to fit your needs. Ray is an excellent companion for Hobbies, crafting, sewing, puzzles, reading, etc.
- Modern Design- The slim profile of this standing spotlight offers a minimalist feel. Stand the lamp straight up or create an arch to bring an artistic look to your space. Ray is perfect for adding additional beams to highlight focal points of a room or to focus in on close up projects. The metal finish creates a polished look across all colors, antique brass, brushed nickel and black.
- Functionality- The 5-pound weighted base keeps the lamp balanced when adjusting the flexible neck making it safe for use in any work space. Ray uses 3.5 watts of energy. Ray's unique composition can withstand long periods of use. An easy-to-use trigger button can be pressed once for power and held down for dimming, located on the center pole.

› See more product details

**Additional Details**

| Small Business |
| This product is from a small business brand.… Learn more |

**Similar item to consider**



Amazon Brand – Rivet Modern Glass Globe Living Room Table Desk Lamp With LED Light Bulb - 7 x 10 Inches, Brass Finish

★★★★½ (574)

$68.76 ✓prime

New & Used (7) from $54⁷⁴ & **FREE Shipping**.

Have one to sell?

Sell on Amazon

sponsored ⓘ

sponsored ⓘ

**Frequently bought together**

  +  

Total price: $96.98

**Add both to Cart**

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** O'Bright Ray – Adjustable LED Beam Floor Lamp, Dimmable and Zoomable…
$74⁹⁹

Glocusent LED Neck Reading Light, Book Light for Reading in Bed, 3 Colors, 6 Brightness Leve…
$21⁹⁹

**Discover similar items**

prime | & Up | Price: $50 - $100 | More Filters

- 190 — $48.36 prime — See more like this
- 137 — $44.49 List: ~~$62.99~~ prime — See more like this
- 86 — $67.28 prime — See more like this
- 237 — Limited time deal — $102.00 List: ~~$119.99~~ prime — See more like this
- 491 — Limited time deal — $95.50 List: ~~$119.99~~ prime — See more like this
- 7,261 — $34.99 List: ~~$39.99~~ prime — See more like this

- 14 — $74.42 List: ~~$148.80~~ prime — See more like this
- 369 — $104.04 List: ~~$119.99~~ prime — See more like this
-  33 — $127.83 List: ~~$151.20~~ prime — See more like this
-  211 — $53.99 Was: ~~$59.99~~ prime — See more like this
-  32 — $59.98 Was: ~~$63.99~~ prime — See more like this
-  362 — $89.99 prime — See more like this

Show more

## Customers frequently viewed

Sponsored | Popular products in the last 7 days

luckystyle Floor Lamp,Super Bright Dimmable LED Floor Lamps for Living…
1,424
#1 Best Seller
$39.99 prime
Save $10.00 with coupon

Gupuzm Gooseneck Floor Lamp Swing Arm Adjustable 360° Rotating Metal Bracket Lamp, ...
10
$29.99 prime
Save 15% with coupon

Dimunt LED Floor Lamp, Bright 15W Floor Lamps for Living Room with 1H Timer, Steple...
9,190
20% off Deal
$31.98 prime
Save 8% with coupon
List: ~~$39.99~~ (20% off)

LEPOWER LED Floor Lamp, Reading Standing Lamps with Adjustable 5 Brightness Levels ...
305
$33.99 prime

DLLT Modern Metal Floor Lamp, Flexible Swing Arms Reading Floor Lamp with Metal…
957
$48.50 prime

O'Bright Dimma
Pharmacy Floor
12W LED, Full F
Dimming, 360 D
3,
$74.99 prim





6/8/23, 12:36 AM   O'Bright Ray-3 Adjustable LED-Beam Floor Lamp, Dimmable and Zoomable Spotlight, Flexible Gooseneck, Reading/Crafting Stan…

Case 1:23-cv-12099-AK   Document 1-3   Filed 09/13/23   Page 5 of 12

## Product information

Technical Details

| | |
|---|---|
| Style | Minimalist |
| Brand | O'Bright |
| Color | Antique Brass |
| Product Dimensions | 9"D x 9"W x 52"H |
| Special Feature | Flexible Gooseneck Arm, 100% Made of Metal, Adjustable LED Beam Angle, Dimmable - Full Range, ETL Listed |
| Light Source Type | LED |
| Finish Type | Antique Brass |
| Material | Metal |
| Lamp Type | Floor Lamp |
| Shade Color | Gold |
| Shade Material | Metal |
| Base Material | Metal |
| Recommended Uses For Product | Reading |
| Power Source | Corded Electric |
| Switch Type | Push Button |
| Theme | Antique |
| Included Components | Bulb included |
| Mounting Type | Floor Mount, Tabletop |
| Wattage | 4.5 watts |
| Brand | O'Bright |
| Manufacturer | O'Bright |
| Part Number | OB-FL15M-AB |
| Item Weight | 8.08 pounds |
| Item model number | OB-FL15M |
| Finish types | Antique Brass |
| Maximum Compatible Wattage | 4.5 Watts |
| Voltage | 120 Volts (DC) |
| Specific Uses | Indoor use only |
| Special Features | Flexible Gooseneck Arm, 100% Made of Metal, Adjustable LED Beam Angle, Dimmable - Full Range, ETL Listed |
| Light Direction | Adjustable |
| Batteries Included? | No |
| Batteries Required? | No |
| Luminous Flux | 320 Lumen |
| Bulb Features | Dimmable |
| Color Temperature | 4000 Kelvin |
| Color Rendering Index (CRI) | 80.00 |

Additional Information

| | |
|---|---|
| ASIN | B0BDD936ZC |
| Customer Reviews | 4.6 ★★★★☆  420 ratings<br>4.6 out of 5 stars |
| Best Sellers Rank | #6,932 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)<br>#43 in Floor Lamps |
| Date First Available | September 6, 2022 |

Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?** ⌄

6/8/23, 12:36 AM

O'Bright Ray - Adjustable LED Beam Floor Lamp, Dimmable and Zoomable Spotlight, Flexible Gooseneck, Reading/Crafting Stan…

Case 1:23-cv-12099-AK   Document 1-3   Filed 09/13/23   Page 6 of 12

## Product details

**Product Dimensions** ‏ : ‎ 9 x 9 x 52 inches; 8.1 Pounds

**Item model number** ‏ : ‎ OB-FL15M

**Date First Available** ‏ : ‎ September 6, 2022

**Manufacturer** ‏ : ‎ O'Bright

**ASIN** ‏ : ‎ B0BDD936ZC

**Customer Reviews:** 4.6   420 ratings

## What's in the box

- Bulb included

## Videos

**Videos for this product**



0:26 — O'Bright Ray Adjustable LED Beam Floor Lamp — O'Bright



0:34 — Customer Review: A Very Bright Spotlight Floor Lamp — Buyer JQ

**Videos for related products**



0:29 — LEPOWER Metal Floor Lamp for Living Room — LePower

Upload your video

## Product Description

**About O'Bright**

O'Bright – a brand that you can trust! We specialize in the most advanced LED technology. Our goal is to provide quality products with innovative and sleek designs to make your purchase easy with confidence!

**O'Bright Ray - Adjustable LED Beam Floor Lamp**

*Zoomable Spotlight , Full Range Dimming, Flexible Gooseneck*

O'Bright Ray - Flexible Standing Spotlight Lamp is a focused beam light ideal for any work space. This adjustable full range beam lamp offers a pointed lighting experience with a durable, flexible neck. Pull the lamp head open to create a more focused beam of light. Push the lamp head closed to extend the range of light. Maneuver the multidirectional neck in any area light is needed. The full range dimmer enables you to simultaneously adjust the range, intensity and direction of the light.

6/8/23, 12:36 AM  O'Bright Ray - Adjustable LED Beam Floor Lamp, Dimmable and Zoomable Spotlight, Flexible Gooseneck, Reading/Crafting Stan…

Case 1:23-cv-12099-AK  Document 1-3  Filed 09/12/23  Page 7 of 12

- LED Brightness: 320 Lumens (Max.)
- Zoomable Spotlight from Focused to Wide
- Dimmable: Full Range Dimming (20% - 100%)
- Color Temperature: 4000K
- Works with Wall Switch, Timer and Smart Plug
- Total Height: 52 inches
- Power Cord: 6 feet

**Adjustable LED Beam**

Adjust the light from a wide beam, a medium beam and a focused beam. A focused beam is best where lighting needs to be concentrated like over a chair for reading. Extend the range of light to medium or wide for a softer lighting effect. Pull the lamp head open to create a small, focused beam of light. This setting is ideal for reading or working at a desk. Push the lamp head closed for a wider range of lighting in a relaxed setting.

## Multi-functional Floor Task Lamp



| | Industrial Floor Lamp | Zoomable Spotlight Lamp | Cylinder Floor Lamp | Pharmacy Floor Lamp | Moon Floor Reading Lamp |
|---|---|---|---|---|---|
| Brightness | 100W (Max.) | 320 Lumens | 1500 Lumens | 1050 Lumens | 1000 Lumens |
| Dimmable | No | ✓ | ✓ | ✓ | ✓ |
| Rotatable Head | Fixed | Flexible Arm | 360 Degree Light | ✓ | ✓ |
| Zoomable | | ✓ | | | |
| Bulb Included | No | ✓ | ✓ | ✓ | ✓ |
| Color Temperature | Depends on Bulbs | 3000 K (Soft) | 3000K ~ 6000K | 3000 K (Soft) | 3000K/4000K/5000K |
| Remote Control | | | ✓ | | |

## Compare with similar items

| | This item O'Bright Ray – Adjustable LED Beam Floor Lamp, Dimmable and | daylight24 Focus Adjustable LED Beam Floor Lamp with | daylight24 402071-15, FOCUS Adjustable Beam LED Floor Lamp,Metal, Nickel | BLACK+DECKER Gooseneck LED Floor Lamp, 54" Height |
|---|---|---|---|---|

6/8/23, 12:36 AM    OBright Ray-3 Adjustable LED Beam Floor Lamp, Dimmable and Zoomable Spotlight, Flexible Gooseneck, Reading/Crafting Stan…

Case 1:23-cv-12099-AK   Document 1-3   Filed 09/13/23   Page 8 of 12

| | | | | |
|---|---|---|---|---|
| | OBright Ray-3 Adjustable LED Beam Floor Lamp, Dimmable and Zoomable Spotlight, Flexible Gooseneck, Reading/Crafting Standing Lamp, Work Table Light, Antique Brass | Gooseneck for Reading, Crafting or Hobby, Gun Metal | | with Weighted Base, White (VLED1824F-WHITE-BD) |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★½ (420) | ★★★★½ (86) | ★★★★½ (491) | ★★★★½ (137) |
| Price | $74⁹⁹ | $67²⁸ | $95⁵⁰ | $44⁴⁹ |
| Shipping | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details | FREE Shipping. Details |
| Sold By | O'Bright | Amazon.com | Amazon.com | Amazon.com |
| Color | Antique Brass | Dark grey | Nickel | White |
| Finish Type | Antique Brass | Gun Metal | Brushed | Matte |
| Material | Metal | Metal | Metal | Plastic |
| Style | Minimalist | Contemporary | Contemporary | Floor Lamp |
| Wattage | 4.50 watts | 5 watts | 5 watts | 4.5 watts |

## Products related to this item

Sponsored









LEPOWER Floor Lamp, 18W LED Floor Lamp with Stepless Dimmer & 5 Color Temperatures,...
★★★★★ 229
$46.99 ✓prime

Gupuzm Led Adjustable Height Metal Floor Lamp-Swing Arm with Clamp Floor…
★★★★★ 1
$59.99 ✓prime

LEPOWER Wood Tripod Floor Lamp, Mid Century Standing Reading Light for Living Room,...
★★★★½ 6,334
$76.99 ✓prime

Airand LED Floor Lamp, Bright Floor Lamp for Office with Stepless Adjustable 2700K-...
★★★★★ 2
$99.99 ✓prime

SUNMORY Arc Floor Lamp with Remote,Modern Floor Lamp with Stepless…
★★★★½ 581
29% off Deal
$49.99 ✓prime
List: $69.99 (29% off)

LEPOWER Floor with Reading La Standing Lamp Lighting Effects
★★★★☆ 21
$69.99 ✓prime

6/8/23, 12:36 AM                OBright Ray_3 Adjustable LED Beam Floor Lamp, Dimmable and Zoomable Spotlight, Flexible Gooseneck, Reading/Crafting Stan…

Case 1:23-cv-12099-AK   Document 1-3   Filed 09/13/23   Page 9 of 12



**JALVDE Battery Powered Table Lamp, Rechargeable Cordless LED Desk Lamp Minimalist 5000mAh Batte…**

★★★★½ 87

$56.99  prime

*Sponsored*

## Similar brands on Amazon
*Sponsored*

**SIBRILLE**
Shop the Store on Amazon ›



Floor Lamps for Living Room, SIBRILLE Modern Stepless Dimmable Standing…
★★★★½ 696
$75.50

**Glocusent**
Shop the Store on Amazon ›

 

Glocusent 5W Clip on Light, 36 LED Reading Light for Bed, Eye Caring Bed…
★★★★½ 1,994
$23.99

**bulbeats**
Shop the Store on Amazon ›

 

Decorative G… Farmhouse F…
★★★★½
$59.99

## Looking for specific info?
See questions and answers ›

## Customer reviews



4.6 out of 5
420 global ratings

5 star ▰▰▰▰▰▰▰▱▱▱ 78%
4 star ▰▰▱▱▱▱▱▱▱▱ 12%
3 star ▰▱▱▱▱▱▱▱▱▱ 5%

**Reviews with images**

   

6/8/23, 12:36 AM                OBright-Ray-Adjustable-LED-Beam-Floor-Lamp,-Dimmable-and-Zoomable-Spotlight,-Flexible-Gooseneck,-Reading/Crafting-Stan…

Case 1:23-cv-13099-AK   Document 1-3   Filed 09/13/23   Page 10 of 12

| 2 star | | 3% |
| 1 star | | 2% |

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

[ Write a customer review ]



Shop now ›

Sponsored ⓘ

See all customer images

## Top reviews from the United States

**wayne**

★★★★★ **Nice, durable energy efficient floor lamp**

Reviewed in the United States 🇺🇸 on October 29, 2022

Color: Brushed Nickel | Verified Purchase

While helping my mom move to a new place I noticed the new place doesn't come with overhead lighting already installed in the bedroom so I had to give a couple of my lamps to her and started looking for a floor lamp. After reading the reviews I decided to give this one a try. I was pleasantly surprised to receive the package 3 to 5 days ahead of the estimate and the package arrived in pristine condition to boot! Another surprise was that Amazon used its own box to contain an already sturdy box from the seller so kudos to Amazon for the attention to detail and I must mention the entire operation including the delivery driver did a very professional job of handling the package so the contents were in no danger of being damaged during shipment. Upon opening the floor lamp's box, I found that the contents were well protected by styrofoam and cardboard spacers, so much so I don't think I can pack it back properly if I ever have to return it. That was the only negative I found. A lot of protective plastic sleeves and bags were used so there is no danger of the parts hitting or scratching each other during shipping. A simple assembly guide was included but unnecessary because I've assembled my share of Ikea floor lamps in the past. Because of my pet peeves, I prefer not to rip the protective plastic covering the lamp and the pole sections so while assembling, I challenged myself and succeeded in removing the protective plastic intact after

⌄ Read more

21 people found this helpful

[ Helpful ]     |  Report

**Tauron999**

★★★★★ **Great Reading light in bed**

Reviewed in the United States 🇺🇸 on June 1, 2023

Color: Black | Verified Purchase

I like to read for a while, before going to sleep at night, while my wife generally prefers to just go right to sleep. Thanks to the very slim light pole, I was able to easily squeeze the lamp between the bed, and my bedside lamp dresser. Being able to adjust the size of the light beam, the brightness , as well as the angle of the light with the adjustable gooseneck top is awesome. Was just what I was looking for. I can read, while she falls asleep without disturbing her. Also, shipped quickly, was well packed, and pretty easy to put together. Definite two thumbs up :-D

[ Helpful ]     |  Report

**KatieZ**

★★★★★ **Minimalist And Sleek Lighting for Book Reading with Soothing Light**

Reviewed in the United States 🇺🇸 on March 15, 2023

Color: Antique Brass | Verified Purchase

Took me a bit to realize those black round pieces were just there to make sure the ends did not scratch each other during shipping. Packed very well. So disregard those small plastic circles at the ends when you put this together. Pull the cord from the base to make sure it is not bunching up. Ok now for the review. This is a very good minimal light for reading my favorite book in bed. It was supposed to go in the living room, but I needed something "not clunky" - something more sleek and modern with a small footprint for the bedroom. This is the perfect solution. Now the light is not super bright and annoying - it's more soft and gets some of it's power from the large glass piece in front of the light. Very cool design. It does not blind me or my pets on the bed and we all appreciate that. The gooseneck ability to change the direction and height is just the right flexibility for me too. It's more money than I wanted to spend, but overall it really is nicely designed and gives a touch of sleekness to my bedroom - you don't notice this lamp when you first enter and that's really what I wanted as well. Nicely done. Highly recommend. Simple, minimal and very functional. I may end up getting a second one for the living room too. [Honest review, no paid endorsement here]

2 people found this helpful

[ Helpful ]     |  Report

**Richard Fekecs**

★★★★★ **Perfect reading lamp**

Reviewed in the United States 🇺🇸 on May 30, 2023

Color: Antique Brass | Verified Purchase

6/8/23, 12:36 AM    OBright Ray 3-Adjustable LED Beam Floor Lamp, Dimmable and Zoomable Spotlight, Flexible Gooseneck, Reading/Crafting Stan…

Case 1:23-cv-13099-AK   Document 1-3   Filed 09/13/23   Page 11 of 12

Perfect reading lamp. I was able to dim the brightness, and adjust the beam width perfectly for reading books to my baby in the dark room without filling the room with light. Feel high quality and looks great!

Helpful    | Report

M. McBane

★★★★☆ **Floor Lamp**

Reviewed in the United States us on May 31, 2023

Color: Antique Brass | Verified Purchase

Wanted a low profile, dimmable lamp for a small space. This one seems to work well for what I had in mind. The adjustable neck and ability to focus the beam are bonuses.

Helpful    | Report

Scottie Parks

★★★★☆ **Bought two, one has a problem- **UPDATE****

Reviewed in the United States us on March 17, 2023

Color: Black | Verified Purchase

I bought these lamps to increase the light on my desks. They are plenty bright for the job. The wide angle covers most of my desktop. The spot light is great for more light on a particular thing I am focusing on. One of the lamps, the dimmer started causing some issues and then it quit working altogether. So there might be two issues going on. I can wiggle the connector to the power supply and it will blink but will not stay on.
They are super handy lights. Get that desk lamp off your desk for a cleaner workspace and place the lamp behind your eyesight. It really helps they eyes over a long day at the desk.
**UPDATE: The seller contacted me because of this review and offered to replace the defective unit. I, of course agreed and I had a replacement in a matter of 3 days. That, friends, is awesome customer care and standing by your product. I'm upgrading to 4 stars!!

3 people found this helpful

Helpful    | Report

thezs

★★★★☆ **Great light**

Reviewed in the United States us on June 5, 2023

Color: Black | Verified Purchase

Bright light. Solid stand. The flexibility of the top is great.

Helpful    | Report

Hurricane Hank

★★★★★ **A true boon to enhancing Zoom experiences.**

Reviewed in the United States us on May 23, 2023

Color: Antique Brass | Verified Purchase

I love this lamp. It has a strong & sturdy base. I placed it on a table behind my desktop so I can enhance my image during Zoom presentations.

Helpful    | Report

See all reviews ›

Sponsored ⓘ

6/8/23, 12:36 AM

OBright Ray 3-Adjustable LED Beam Floor Lamp, Dimmable and Zoomable Spotlight, Flexible Gooseneck, Reading/Crafting Stan…

Case 1:23-cv-13099-AK Document 1-3 Filed 09/13/23 Page 12 of 12

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon

English   United States

| | | | | | |
|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Advertising<br>Find, attract, and<br>engage customers | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling<br>Account |
| Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your<br>Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness Guarantee | Amazon Ignite<br>Sell your original<br>Digital Educational<br>Resources | Amazon Web Services<br>Scalable Cloud<br>Computing<br>Services |
| Audible<br>Listen to Books &<br>Original<br>Audio Performances | Book Depository<br>Books With Free<br>Delivery<br>Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | DPReview<br>Digital<br>Photography | Fabric<br>Sewing, Quilting<br>& Knitting |
| Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy |
| Shopbop<br>Designer<br>Fashion Brands | Amazon Warehouse<br>Great Deals on<br>Quality Used<br>Products | Whole Foods Market<br>America's Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems |
| eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to<br>your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products<br>you can trust |

Conditions of Use   Privacy Notice   Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates