# Exhibit 4





Fig. 6

Fig. 6



Fig. 6