## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN GLASS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMSAI INC.<br><br>　　　　Defendant. | Civil Action No. 23-12099-AK<br><br>**Defendant Amsai Inc.'s**<br>**Corporate Disclosure Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Amsai Inc. ("Amsai") states that (1) it has no parent corporation and (2) no publicly held corporation owns 10% or more of its stock.

　　　　　　　　　　　　　　　　　　**Amsai Inc.**
　　　　　　　　　　　　　　　　　　by its attorney

　　　　　　　　　　　　　　　　　　/s/ *Payal Salsburg*
　　　　　　　　　　　　　　　　　　Payal Salsburg, Esq., BBO #568812
　　　　　　　　　　　　　　　　　　LAREDO & SMITH, LLP
　　　　　　　　　　　　　　　　　　101 Federal Street, Suite 650
　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　(617) 443-1100
　　　　　　　　　　　　　　　　　　salsburg@laredosmith.com


### Certificate of Service

I hereby certify that the foregoing document was served by ECF on counsel for Plaintiff on December 8, 2023.

　　　　　　　　　　　　　　　　　　/s/ *Payal Salsburg*
　　　　　　　　　　　　　　　　　　Payal Salsburg