UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN GLASS,<br><br>        Plaintiff,<br><br>   v.<br><br>AMSAI INC.<br><br>        Defendant. | Civil Action No. 23-12099-AK<br><br>**Defendant Amsai Inc.'s**<br>**Motion to Dismiss the Complaint**<br>**or Transfer to the Central District of**<br>**California** |

Defendant Amsai Inc. ("Amsai") moves to dismiss or, in the alternative, transfer this action to the Central District of California under Federal Rule of Civil Procedure 12(b)(3). In support thereof, Defendant states:

    1.    Venue is improper in this District. The Complaint contains a single cause of action for patent infringement. Venue for patent cases is governed by 28 U.S.C. § 1400(b), which provides: "Any civil action for patent infringement may be brought in the judicial district where the defendant resides, or where the defendant has committed acts of infringement and has a regular and established place of business." Defendant is a California corporation, and therefore resides in California, and it has no regular and established place of business in Massachusetts.

    2.    28 U.S.C. § 1406(a) provides: "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Because Defendant is a California corporation and its principal and only place of business is located in the Central District of California, this action could have been brought in the Central District of California.

    3.    Counsel for Plaintiff has indicated that it would agree to transfer the action to the Central District of California.

                                      **Amsai Inc.**
                                      by its attorney

                                      /s/ *Payal Salsburg*
                                      Payal Salsburg, Esq., BBO #568812
                                      LAREDO & SMITH, LLP
                                      101 Federal Street, Suite 650
                                      Boston, MA 02110
                                      (617) 443-1100
                                      salsburg@laredosmith.com

## Local Rule 7.1 Certification

Counsel for Defendant has conferred with counsel for Plaintiff regarding this motion. Counsel for Plaintiff did not agree to dismiss the complaint, but indicated that it would agree to transfer this case to the Central District of California.

## Certificate of Service

I hereby certify that the foregoing document was served by ECF on counsel for Plaintiff on December 8, 2023.

                                      /s/ *Payal Salsburg*
                                      Payal Salsburg