# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN GLASS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMSAI INC. )<br>)<br>Defendant, )<br>) | Civil Action No. 23-12099<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Karen Glass, voluntarily dismisses without prejudice its complaint against Defendant Amsai, Inc.

Date: December 13, 2023.

Respectfully submitted by,
Attorney for Plaintiff
Karen Glass

/s/ Brendan M. Shortell
Brendan M. Shortell (BBO# 675851)
Lambert Shortell & Connaughton
100 Franklin Street, Suite 903
Boston, MA 02110
Telephone: 617.720.0091
shortell@lambertpatentlaw.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2023 I served a copy of the foregoing through counsel of record via ECF.

/s/ Brendan M. Shortell
Brendan M. Shortell
